IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARCUS HESSE, GUARDIAN OF )
JOSEF HESSE, et al., )
)
Plaintiffs )
)  1:11cv506 (LMB/TCB)
v. )
)
LONG AND FOSTER REAL )
ESTATE, INC., )
)
Defendant. )

## ORDER

For the reasons stated in open court and the accompanying Memorandum Opinion, defendant's Motion to Dismiss [Dkt. No. 5] is GRANTED, and it is hereby

ORDERED that this civil action be and is DISMISSED.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 in defendant's favor and forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 23rd day of April, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

FILED APR 23 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA